IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2-25CR0105-Z |
| ROBBY LYNN MASON | |

## INDICTMENT

The Grand Jury Charges:

Count One
Receipt and Distribution of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2) and (b))

From on or about a date unknown to the grand jury and continuing until on or about April 23, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Robby Lynn Mason**, defendant, did knowingly receive and distribute at least one visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

Count Two
Possession of Child Pornography Involving a Prepubescent Minor
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

From on or about a date unknown to the grand jury and continuing until on or about April 23, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Robby Lynn Mason**, defendant, did knowingly possess at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which was mailed, shipped, and transported using any means and facility of, and in and affecting interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any offense alleged in the Indictment, and pursuant to 18 U.S.C. § 2253, defendant **Robby Lynn Mason** shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in the Indictment; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in the Indictment, and any property traceable to such property. The above-referenced property subject to forfeiture includes, but is not limited to: an iPhone 13 Pro Max with IMEI 353510607614162, serial number LVV19D4PMH; a black 8 GB USB storage device; a black Toshiba Laptop with serial number XE051755P and containing a 500 GB HGST hard drive with serial number 140907TE85135GG4ASDN; an Apple iPhone 6, silver with separated screen, IMEI 359236068199824, serial number C8QPNXGVG5MC; an Apple iPad 5th Generation model A1822, serial number F9FT312AHP9X; a Lenovo Laptop with serial number PF3Y2LG7, containing a 256 GB NVMe Samsung SSD with serial number MZALQ256; and a silver laptop model LT1505 with FCID 2AWJ9M-LT1504, containing a 512 GB SSD, all in the possession of law enforcement.

**Robby Lynn Mason**
**Indictment - Page 3**

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
*for* CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7564
Facsimile:   806-472-7394
E-mail:      callie.woolam@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

ROBBY LYNN MASON

INDICTMENT

COUNT 1:   RECEIPT AND DISTRIBUTION OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2252A(a)(2) and (b).

COUNT 2:   POSSESSION OF CHILD PORNOGRAPHY INVOLVING A PREPUBESCENT MINOR
Title 18, United States Code, Sections 2252A(a)(5)(b) and (b)(2).
FORFEITURE NOTICE

(2 COUNTS + FORFEITURE)

A true bill rendered,

Amarillo                                         _____ Foreperson
Filed in open court this 24th day of September 2025.

_____ Clerk

ARREST WARRANT TO ISSUE.

_____
UNITED STATES MAGISTRATE JUDGE

Robby Lynn Mason
Indictment - Page 5