IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | 2:25-CR-00105-Z-BR (1) |
| ROBBY LYNN MASON (1) | § | |
| Defendant. | § | |

**ORDER SETTING DETENTION HEARING AND**
**ORDER OF TEMPORARY DETENTION PURSUANT TO BAIL REFORM ACT**

Upon motion of the United States of America, it is ORDERED that the government's request of a continuance on its Motion for Pretrial Detention is GRANTED, and that the:

☒ Detention Hearing

☐ Preliminary Examination and Detention Hearing

is set for **Wednesday, October 1, 2025, at 1:30 p.m.,** in the Mary Lou Robinson United States Courthouse, Second Floor Courtroom, Amarillo, Texas.

Pending the hearing(s), the defendant shall be held in custody by the United States Marshal and produced for the hearing(s).

**IT IS SO ORDERED.**

ENTERED on September 26, 2025.

*Lee Ann Reno*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE