IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **United States of America**, Plaintiff; v. **Robby Lynn Mason**, Defendant. | No. 2:25-cr-00105-Z-BR <br><br> **Motion to Reopen Detention Hearing** |

NOW COMES Robby Lynn Mason ("Mason") and asks this Court to reopen his detention hearing based on conditions not known at the time the defendant waived his detention hearing. In support of this Motion, Defendant shows the Court the following:

### I. Material Change in Circumstances

At the time Mason waived his detention hearing, he had been incarcerated for a period, and unmedicated and not thinking clearly. Since that time, his medications have been stabilized. He thinking is clearer, and as such would like the Court to consider pretrial release. Mason feels he is a candidate for conditions of release in the instant case. There are conditions of release that will reasonably assure the

appearance of the defendant as required and ensure the safety of any other person and the community.   See 18 USC§ 3142(f)(2)(B).

> Respectfully Submitted,
>
> THE HERRMANN AND ARCHER LAW FIRM, PLLC
>
> */s/ Natalie Archer*
> Natalie Archer
> Texas Bar No. 24000441
> 801 S. Fillmore St., Suite 710
> Amarillo, Texas 79101
> Phone (806) 372-9258
> Fax (806) 372-8444
>
> **ATTORNEY FOR DEFENDANT**
> **ROBBY LYNN MASON**

## CERTFICATE OF SERVICE/CONFERENCE

I hereby certify that on November 7, 2025, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means. Furthermore, prior to this filing I conferenced with Callie Woolam, the AUSA in charge of this case on behalf of the Government, who indicated she opposes pretrial release.

> */s/ Natalie Archer*
> Natalie Archer